1  DENNIS M. GONZALES, State Bar No. 59414
   dgonzales@lbaclaw.com
2  RAYMOND W. SAKAI, State Bar No. 193507
   rsakai@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, CA 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818)-545-1937

6  Attorneys for Defendant
   Larry Waldie
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 PATRICK L. GOMEZ,                ) Case No. CV 04-09674 JCG
                                    )
12         Plaintiff,                ) Honorable Jay C. Gandhi
                                    )
13                                   )
14    vs.                            ) **ORDER TO DISMISS ENTIRE**
                                    ) **ACTION WITH PREJUDICE**
15 COUNTY OF LOS ANGELES, et al.,   )
                                    ) [Fed. R. Civ. P 41(a)(1)(A)(ii)]
16                                   )
           Defendants.                )
17                                   )
                                    )
18                                   )

19

20      Plaintiff Patrick L. Gomez and Defendant Larry Waldie, through their

21 respective attorneys of record, having so stipulated and good cause appearing, IT IS

22 HEREBY ORDERED that the above-captioned action be dismissed, with prejudice.

23

24

25 Dated:  December 14, 2012        _____
                                    Honorable Jay C. Gandhi
26                                  United States Magistrate Judge

27

28

1